FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

JAN 29 2008

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIE WESLEY BROWN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:07-CV-1730-TWT |
| | : | |
| v. | : | |
| | : | |
| JAMES DONALD; et al., | : | PRISONER CIVIL RIGHTS |
| Defendants. | : | 42 U.S.C. § 1983 |

## ORDER AND OPINION

Plaintiff, Willie Wesley Brown, has submitted the instant civil rights action. By Order entered January 3, 2008, this Court directed Plaintiff to file an amended complaint within thirty days of the entry date. [Doc. 4]. Court records reflect that the January 3, 2008, Order mailed to Plaintiff at the Calhoun State Prison has been returned to this Court as undeliverable due to the fact that Plaintiff no longer resides at that prison address. Parties to all civil actions, however, are required to keep the Clerk notified of any change of address. See LR 41.2(C), NDGa. Plaintiff's failure to notify this Court of his change in address constitutes grounds for dismissal of the instant action. Id.

Accordingly, **IT IS HEREBY ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with the local rule requiring notification of any change of address. LR 41.2(C), NDGa.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this _29_ day of _January_, 2008.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE